No. 72–108. OSTROWSKI *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5152. BYRD *v.* LYKES BROTHERS STEAMSHIP Co., INC. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 71–1345. CRISMON *v.* UNITED STATES. C. A. 8th Cir. Motion to supplement petition granted. Certiorari denied.

No. 71–1394. CALIFORNIA HIGHWAY COMMISSION ET AL. *v.* LA RAZA UNIDA OF SOUTHERN ALAMEDA COUNTY ET AL. Petitioner for certiorari before judgment to C. A. 9th Cir. Motion to dispense with printing respondents' brief granted. Certiorari denied.

No. 71–1401. SMITH, TRUSTEE *v.* BAKER ET AL.;
No. 71–1451. IANNOTTI, TRUSTEE *v.* BAKER ET AL.; and
No. 71–1539. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY FIRST MORTGAGE 4% BONDHOLDERS COMMITTEE *v.* BAKER ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. MR. JUSTICE BLACKMUN took no part in the consideration or decision of these petitions. Reported below: 457 F. 2d 683.

No. 71–1429. PARTICULAR CLEANERS, INC., ET AL. *v.* COMMONWEALTH EDISON Co. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.